# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-3018**          **September Term, 2014**

1:14-cr-00151-RMC-1

Filed On: August 19, 2015 [1568610]

United States of America,

    Appellee

  v.

Jeffrey Henry Williamson, also known as
Jeff Williamson,

    Appellant

## O R D E R

Upon consideration of appellant's motions for the appointment of new counsel, counsel's responses thereto, and appellant's letter withdrawing the motions, it is

**ORDERED** that the motions for appointment of new counsel be withdrawn.

                      FOR THE COURT:
                      Mark J. Langer, Clerk

        BY:    /s/
                Mark A. Butler
                Deputy Clerk