# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-3018**                                **September Term, 2015**

                                                                    1:14-cr-00151-RMC-1

                                                            **Filed On:** December 7, 2015

United States of America,

       Appellee

     v.

Jeffrey Henry Williamson, also known as Jeff Williamson,

       Appellant

    **BEFORE:**    Tatel, Griffith, and Millett, Circuit Judges

## O R D E R

    Upon consideration of the motions to appoint new counsel and the responses thereto; the motions to extend time to file a consolidated response, to file ex parte and under seal, and to exceed the page limit; the motion to strike; and the motion for access to law library, it is

    **ORDERED** that the motions to appoint new counsel be granted and this case be referred to the Federal Public Defender for the appointment of new counsel. It is

    **FURTHER ORDERED** that Mr. Leckar release to successor counsel as promptly as possible all case-related papers in his possession, including any transcripts prepared for appellant under the Criminal Justice Act. It is

    **FURTHER ORDERED** that the motion for access to law library be denied. Appellant has failed to demonstrate an ongoing actionable injury that would support injunctive relief. See <u>Lewis v. Casey</u>, 518 U.S. 343, 350-52 (1996). It is

    **FURTHER ORDERED** that the remaining motions be dismissed as moot.

### Per Curiam