

Please File
RECEIVED Mail Room
DEC 14 2015
United States Court of Appeals
District of Columbia Circuit

December 2, 2015

TO: UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

FROM: JEFF HENRY WILLIAMSON

RE: United States v. Jeffrey HENRY WILLIAMSON
Appeal No: 15-3018

As this Court knows, there was a series of disputes between Appellant and counsel on a host of issues that needed to be presented in this appeal as well as irreconcilable differences.

Counsel, Steve Leckar, has refused and failed to keep your Appellant informed as to the status of this appeal. Your Appellant does not know if this Court reached a decision for a new lawyer as repeatedly requested on appeal. Your Appellant does not know the status of this appeal AND counsel has refused and failed to respond to Appellant's request for all of this information.

Appellant reports to the Court, counsel Steve Leckar has repeatedly violated several Rules of Professional Conduct, DC State Bar as follows:

1 of 5 pages

1. Rule 1.3 <u>Diligence and Zeal</u>

Counsel Steve Lecker has sought to damage your Appellant and engaged in vindictive conduct during the course of our relationship. Counsel has also failed to act with reasonable promptness in representing Appellant delaying this appeal for four months trying to push a frivolous issue on a appeal that is frivolous and has no basis in fact and contrary to law as detailed to this court. It has been almost a year since sentencing and to Appellant's knowledge this direct Appeal has NOT been filed with the court. Appellant's interest has been adversely affected by this passage of time. Counsel's neglect and vindictiveness is this appeal is a serious violation of obligation of diligence.

2. Rule 1.4 Communication.

Counsel, Steve Lecker has repeatedly refused and failed to keep Appellant reasonably informed about the status of this appeal, and whether or not he is filing the appeal or was replaced by new counsel, and has failed to act in Appellant's best interest creating inordinate delays.

2.

3. Rule 3.2 Expediting Litigation.

Counsel, Steve Lecker, has repeatedly sought to delay this appeal when he knew that it was obvious that such action, he sought to push like the Frivolous issue that has no merit, no basis in fact and contrary to law, did so to serve solely to harass and maliciously seek to smear your Appellant.

Based on the foregoing points and authorities which are serious violations of Rules of Professional Conduct, DC State BAR, Appellant request a response from the Court AND Counsel on the status of this appeal. The Appellant has research on the sentencing issues that need to be discussed Further and Filed on Appeal. IF A new lawyer was appointed, why did Steve Lecker Fail to notify your Appellant? IF, Steve Lecker was Forced to your appellant, why didn't he notify your Appellant of that Decision. IF a new lawyer was appointed For Appeal, why hasn't the new lawyer notified your Appellant,

3.

The Appellant is being held in violation of the laws and Constitution, and was denied a Fair trial. The Appellant then recieved an excessive and unreasonable sentence imposed by the District Court, all politically motivated by corrupt lawyers and a corrupt district court judge.

Respectfully Submitted,

Enclosure/List of Websites

*[signature]*

CC: DC STATE BAR
    NATIONAL Lawyers Guild
    WASHINGTON Post

THE WATCHDOG GROUP: watchdogblog.webs.com was designed and created by Jeff H. Williamson/DJ Blaze with focus on Executive Branch abuse of power as a matter of public interest and concern.

HOME PAGE: watchdogblog.webs.com

Below is a list of political websites and blogs also designed and created by Jeff H. Williamson/DJ BLAZE. Each website has links at the top of each page to cover worldwide and national issues of decades of Executive Branch Abuse of Power.

obamaimpeachment.webs.com

repealobamacare.webs.com

mediacoverup.webs.com

dodcoverups.webs.com

area51zone.webs.com

taxanswers.webs.com

fedreserve.webs.com

911truth.webs.com

fight-cps.webs.com

dojfbi.webs.com

govwatchdog.webs.com

gangstalking.webs.com

djblaze.wix.com/watchdog

djblaze.wix.com/govwatchdog

By Jeff H. Williamson/DJ BLAZE